AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

ORIGINAL

FILED

AUG 2 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

__Willis L. Grayson, Jr.__
Plaintiff

V.

__Warden Perry Phelps__
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0 8 - 5 3 3

I, __Willis L. Grayson, Jr.__ declare that I am the (check appropriate box)

• • Petitioner/Plaintiff/Movant   • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • **Yes**   • (No)   (If "No" go to Question 2)

   If "YES" state the place of your incarceration __Del. Corr. Center__

   **Inmate Identification Number (Required):** __121905__

   Are you employed at the institution? __No__ Do you receive any payment from the institution? __No__

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __22 yrs ago,__
   __$500. wkly. Self Employed__

3. In the past 12 twelve months have you received any money from any of the following sources?

   |   | Source | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • • No |
   | b. | Rent payments, interest or dividends | • • Yes | • • No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • • No |
   | d. | Disability or workers compensation payments | • • Yes | • • No |
   | e. | Gifts or inheritances | • • Yes | • • No |
   | f. | Any other sources | • • Yes | • • No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev 10/03)
DELAWARE (Rev 4/05)

4. Do you have any cash or checking or savings accounts?  •• Yes  ••No ✓

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   •• Yes  ••No ✓

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

   NONE !

I declare under penalty of perjury that the above information is true and correct.

_7-3-08_  _W. L. Grayson, II_
DATE      SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

CERTIFICATE OF SERVICE

I, _Willis L. Drayson_, hereby certify that I have served a true and correct cop(ies) of the attached; _Writ of Habeas Corpus, Memo in Support, Appendix, Motion for Appointment of Counsel_ upon the following:

TO: _U.S. District Court_
_844 N. King St._
_Lock Box 18_
_Wilm, De 19801-3570_

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail, at the Delaware Correctional Center, Smyrna, DE. 19977, postage to be paid by the Dept. Of Corrections.

On this _11th_ day of _Aug._, 200_8_.

_Willis L. Drayson, Jr._

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

08- 533

TO: _Willis L. Grayson, II_   SBI#: _121905_

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**

DATE:   _7/9/08_

FILED
AUG 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
_1/1/08_ to _6/30/2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Jan | *43.48 |
| Feb | 27.74 |
| Mar | 23.77 |
| Apr | 1.87 |
| May | 6.88 |
| Jun | 12.61 |

Average daily balances/6 months: $19.43

Attachments
CC: File

_Mercedes Vallin 7/9/08_

# Individual Statement
## From January 2008 to June 2008

Date Printed: 7/9/2008

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00121905 | Grayson | Willis | L | | | Beginning Month Balance: | $50.14 |
| Current Location: | E | | | Comments: | | Ending Month Balance: | $0.49 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/2/2008 | ($44.89) | $0.00 | $0.00 | $5.25 | 535508 | | | |
| Pay-To | 1/3/2008 | ($3.00) | $0.00 | $0.00 | $2.25 | 537662 | | NAACP | |
| Mail | 1/4/2008 | $100.00 | $0.00 | $0.00 | $102.25 | 537836 | 252470584 | | GLORIA GRAYSON |
| Canteen | 1/15/2008 | ($101.65) | $0.00 | $0.00 | $0.60 | 542624 | | | |
| Mail | 1/18/2008 | $40.00 | $0.00 | $0.00 | $40.60 | 544287 | 252470645 | | G GRAYSON |
| Canteen | 1/22/2008 | ($40.48) | $0.00 | $0.00 | $0.12 | 544863 | | | |
| Mail | 2/13/2008 | $100.00 | $0.00 | $0.00 | $100.12 | 555743 | 5789602O864 | | G ARMSTEAD |
| Canteen | 2/19/2008 | ($71.53) | $0.00 | $0.00 | $28.59 | 558269 | | | |
| Canteen | 2/26/2008 | ($28.07) | $0.00 | $0.00 | $0.52 | 561171 | | | |
| Visit | 3/10/2008 | $40.00 | $0.00 | $0.00 | $40.52 | 567667 | 5742O905168 | | C CHURCH |
| Canteen | 3/18/2008 | ($39.94) | $0.00 | $0.00 | $0.58 | 571598 | | | |
| Mail | 3/24/2008 | $50.00 | $0.00 | $0.00 | $50.58 | 574095 | 10097590 7593 | | G GRAYSON |
| Canteen | 4/1/2008 | ($48.93) | $0.00 | $0.00 | $1.65 | 577834 | | | |
| Canteen | 4/8/2008 | ($1.45) | $0.00 | $0.00 | $0.20 | 582784 | | | |
| Mail | 4/30/2008 | $40.00 | $0.00 | $0.00 | $40.20 | 594619 | 6800324 6597 | | GEE GEE GRAYSON |
| Canteen | 5/6/2008 | ($39.73) | $0.00 | $0.00 | $0.47 | 597682 | | | |
| Mail | 6/10/2008 | $50.00 | $0.00 | $0.00 | $50.47 | 616140 | 231955210 | | G GRAYSON |
| Canteen | 6/17/2008 | ($47.99) | $0.00 | $0.00 | $2.48 | 619056 | | | |
| Canteen | 6/24/2008 | ($1.99) | $0.00 | $0.00 | $0.49 | 621412 | | | |

Ending Month Balance: $0.49

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: $0.00